[No. 30649-9-I.    Division One.    July 19, 1993.]

DEBBIE CAHN, *Individually and as Guardian ad Litem, Appellant*, v. JUDITH LIPTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-12581-5, Robert H. Alsdorf, J., entered April 9, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Forrest and Kennedy, JJ.

[No. 29777-5-I.    Division One.    July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS SANTIAGO RODRIGUEZ-MONTERO, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-1-00720-1, Byron L. Swedberg, J., entered December 17, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman and Agid, JJ.

[No. 29684-1-I.    Division One.    July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED JOSEPH BOWEN III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03559-4, Sally Pasette, J., entered November 25, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Grosse and Kennedy, JJ.

[No. 30528-0-I.    Division One.    July 19, 1993.]

*In the Matter of the Marriage of* HAZEL L. APT, *Respondent, and* JERRY G. APT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-3-00071-9, David A. Nichols, J., entered December 9, 1991. *Reversed* by unpublished opinion per Forrest, J., concurred in by Grosse and Baker, JJ.